AO 442 (Rev. 12/85) Warrant for Arrest

## ORIGINAL

## UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

GARY REID

**WARRANT FOR ARREST**

Case Number: 3: 05-CR-215 (TJm)

To: ANY AUTHORIZED LAW ENFORCEMENT OFFICER
and any Special Agent of the FBI

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
MAY - 6 2005
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Binghamton

YOU ARE HEREBY COMMANDED to arrest   GARY REID
                                      Name

and bring him forthwith to the nearest magistrate to answer an

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Notice

charging him with ATTEMPTED PERSUASION AND ENTICEMENT OF A MINOR TO ENGAGE IN SEXUAL ACTIVITY AND TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT WITH A MINOR.

in violation of Title  18  United States Code, Section(s)  2422(b) and 2423(b)

DAVID E. PEBLES
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

MAY 5, 2005, SYRACUSE, NY
Date and Location

Bail fixed at $ _____   by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Town of Dryden Court, Dryden, New York |

| Date Received 5/5/2005 | Name and Title of Arresting Officer James T. Lyons, Jr. Special Agent FBI | Signature of Arresting Officer _[signature]_ |
|---|---|---|
| Date of Arrest 5/5/2005 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Gary Clarence Reid

ALIAS: 

LAST KNOWN RESIDENCE: 800 Victory Blvd. Apt 3C Staten Island, NY

LAST KNOWN EMPLOYMENT: Empress Media, 306 W. 38th St. NY, NY

PLACE OF BIRTH: Brooklyn, NY

DATE OF BIRTH: /1971

SOCIAL SECURITY NUMBER: 4532

HEIGHT: 5'10"   WEIGHT: 205

SEX: Male   RACE: Black

HAIR: Black   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: None

FBI NUMBER: 

COMPLETE DESCRIPTION OF AUTO: 

INVESTIGATIVE AGENCY AND ADDRESS: FBI 15 Henry Street Binghamton, NY 13901